## OCTOBER TERM, 1725.

### LADY BALTIMORE, Executrix of LORD BALTIMORE, vs. EVANS, Executrix of HUETT.

DEBT upon *Bond*, dated 28th of September 1694. Writ issued to August 1722. The defendant pleaded the *act of limitations*. General Demurrer to the plea, and Joinder.

THE COUNTY COURT of Anne-Arundel, in August 1723, overruled the demurrer, and gave judgment for the defendant. The plaintiff appealed to the Provincial Court, and the judgment of the county court was *reversed*, and judgment entered for the debt and costs.

*Dulany*, (Attorney General,) for the Plaintiff.

*George*, for the Defendant.

---

## OCTOBER TERM, 1726.

### WILLIAMSON vs. ANDREW.

DEBT on *Bond*. PLEA that the defendant made a mortgage, (which mortgage is recited in the plea,) to secure the payment of the money, and the plaintiff accepted thereof in satisfaction. DEMURRER general and special. JOINDERS.

*Dulany*, for Plaintiff. It must be a higher thing that extinguishes a debt—2 *Danv.* 506, *y. pl.* 1. 2 *Danv.* 506, *z. pl.* 1. A thing of equal altitude will not extinguish a debt—2 *Danv.* 506, *z. pl.* 1. 1 *Roll's Ab.* 470, 471. *Lutw.* 137. *Cro. Car.* 85. 3 *Lev.* 55. *Cro. Eliz.* 304, 727.

*Bordley, Cumming,* and *E. Jenings*, for Defendant.

JUDGMENT upon the demurrers for the plaintiff.